AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V | Southern District of Alabama | 05/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John Campbell U.S. Courthouse<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 JUN 18 A 10 24 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Southwest Bancshares, Inc. (director's fees) |
| 2. 2007 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 2007 | Washington, DC | attend FJA Board meeting | Flight, hotel & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | G | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | B | Interest | M | T | | | | | |
| 3. Wachovia Bank Accounts | A | Interest | J | T | | | | | |
| 4. AmSouth Bank Accounts | A | Interest | | | closed acct. | 3/15 | J | | |
| 5. Army Aviation Center Federal Credit Union Account | A | Interest | K | T | | | | | |
| 6. 1/2 interest in Virginia Properties, LLC (see note) | | None | M | T | | | | | |
| 7. 20% interest in Britton Point, LLC (see note) | | None | | | Buy/Sell | 8/14 | K | | see note |
| 8. | | None | | | LLC dissolve | 10/1 | K | | see note |
| 9. 1/2 interest ▓ in Baldwin Co. Alabama | | None | K | T | Buy | 8/14 | K | | see note |
| 10. Morgan Stanley Brokerage Account | | | | | | | | | |
| 11. -- Bank Deposit Program Morgan Stanley Bank | C | Interest | M | T | | | | | |
| 12. -- American Cap Strategies Ltd common stock | C | Dividend | | | Buy | 4/09 | K | | |
| 13. | | | | | Sell | 12/28 | K | | |
| 14. -- American Standard Companies common stock | A | Dividend | | | Sell | 8/13 | K | D | |
| 15. -- Amgen Inc. stock | | None | | | Sell | 4/3 | J | | |
| 16. -- Apple Computer Inc. | | None | M | T | | | | | |
| 17. -- Bank of America Corp. common stock | D | Dividend | | | Sell | 12/28 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- Biotech Holders Tr. stock | A | Dividend | K | T | | | | | |
| 19.   -- Brocade Comm Sys stock | A | Dividend | | | Acquire | 1/30 | J | | |
| 20. | | | | | Sell | 4/30 | J | | |
| 21.   -- Citizens Communications Co. stock | B | Dividend | K | T | Buy | 4/3 | K | | |
| 22. | | | | | Buy | 10/24 | J | | |
| 23.   -- Coca Cola stock | A | Dividend | K | T | Buy | 8/13 | K | | |
| 24.   -- Diageo PPLC SponADR stock | C | Dividend | M | T | | | | | |
| 25.   -- Duke Energy Corp. Hldg. Co. stock | A | Dividend | K | T | Buy | 10/24 | K | | |
| 26.   -- FedEx Corp. stock | A | Dividend | | | Buy | 8/13 | K | | |
| 27. | | | | | Sell | 12/28 | K | | |
| 28.   -- First Horizon Nat'l Corp. stock | B | Dividend | | | Buy | 4/4 | K | | |
| 29. | | | | | Sell | 12/28 | J | | |
| 30.   -- Garmin Ltd. stock | B | Dividend | | | Sell | 10/25 | L | F | |
| 31. | | | | | Sell | 11/2 | L | E | |
| 32.   -- Ishares MSCI Aust Index Fund | B | Dividend | K | T | Buy | 10/24 | K | | |
| 33.   --Ishared MSCI Brazil (Free) Index Fund | A | Distribution | J | T | Buy | 10/25 | J | | |
| 34.   -- Kimberley Clark Corp | | None | K | T | Buy | 10/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- McData Corp. common stock | | None | | | Tender | 1/30 | J | | |
| 36. -- Medtronic. Inc. | A | Dividend | | | Sell | 4/3 | K | A | |
| 37. -- Microsoft Corp common stock | A | Dividend | L | T | | | | | |
| 38. -- Monsanto Co. stock | A | Dividend | K | T | | | | | |
| 39. -- Morgan Stanley China A Fund | | None | | | Sell | 2/25 | K | D | |
| 40. -- National City Corp. stock | C | Dividend | | | Sell | 10/24 | L | | |
| 41. -- Nestle Spon ADR | B | Dividend | L | T | | | | | |
| 42. -- Pepsico Inc. NC stock | B | Dividend | M | T | | | | | |
| 43. -- Piper Jaffray Cos. stock | | None | | | Sell | 4/3 | J | | |
| 44. -- Powershares Exhange Tr. Fund | A | Dividend | K | T | | | | | |
| 45. -- Powershares Water Res PTF | A | Dividend | L | T | | | | | |
| 46. -- Procter & Gamble | A | Dividend | | | Buy | 1/25 | K | | |
| 47. | | | | | Buy | 4/3 | K | | |
| 48. | | | | | Sell | 4/25 | K | | |
| 49. -- Royal Bk Scotland Ser Q | C | Dividend | K | T | | | | | |
| 50. -- Sherwin Williams Co. Ohio stock | A | Dividend | K | T | | | | | |
| 51. -- Smith & Nephew PLC ADR | A | Dividend | K | T | Buy | 1/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 4/09 | J | | |
| 53. -- Target Corp. Stock | A | Dividend | K | T | Buy | 10/24 | K | | |
| 54. -- Teva Pharmaceuticals stock (see note) | | | | | | | | | |
| 55. -- The Advisory Board Co. stock | | None | K | T | | | | | |
| 56. -- TJX Cos. Inc. stock | A | Dividend | | | Sell | 4/3 | J | A | |
| 57. -- U.S. Bancorp common stock | C | Dividend | L | T | | | | | |
| 58. --Wabco Holdings, Inc. stock (see note) | | None | | | Acquire | 7/31 | | | |
| 59. | | | | | Sell | 8/13 | K | C | |
| 60. -- Wells Fargo & Co. stock | A | Dividend | | | Sell | 4/3 | L | D | |
| 61. -- Wilmington Trust Corp. | B | Dividend | | | Sell | 10/24 | L | | |
| 62. -- Wm Wrigley Jr Co. | B | Dividend | L | T | | | | | |
| 63. -- Alabama Judicial Bldg. AU Rev Bond | | None | M | T | | | | | |
| 64. -- Alabama Wtr Pollution Ctl Auth Rev Revolving Fund Ser B | B | Interest | K | T | | | | | |
| 65. -- Lauderdale Cnty & Florence, AL Health Rev. Bond | B | Interest | K | T | | | | | |
| 66. -- Alabama St Ser A Genl Obl Bond | B | Interest | L | T | | | | | |
| 67. -- Seariver Maritime Def Interest Debenture zero coupon | | None | M | T | | | | | |
| 68. -- BAC Capital Trust | | None | K | T | Buy | 10/25 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -- Allianceber Growth B Mutual Fund | | None | | | Sell | 1/25 | L | | |
| 70.   -- American Amcap B Mutual Fund | B | Distribution | L | T | | | | | |
| 71.   -- American Growth Fund of America B Mutual Fund | B | Distribution | K | T | | | | | |
| 72.   -- American Inv Co. of America  B Mutual Fund | C | Distribution | L | T | | | | | |
| 73.   -- Allstate Life Variable Annuity (MS B VA W/MAV db/5% IB) | ' | None | L | T | | | | | |
| 74.  Morgan Stanley Retirement Account | D | Int./Div. | L | T | | | | | |
| 75.   -- Allianz CCM Cap Apprec B    Mutual Fund | | | | | | | | | |
| 76.   -- Morgan Stanley Liquid Asset Fund (X) | | | | | | | | | |
| 77.  1/12 mineral rights, parcel in Washington Cnty, AL | | None | J | W | | | | | |
| 78.  40% interest in Daphne Offices, LLC  (see note) | D | Distribution | L | Q | | | | | |
| 79.  12.5% interest in office building, Bay Minette, AL (see note | C | Rent | K | Q | | | | | |
| 80.  26.5% interest in South Baldwin offices, LLC (see note) | D | Distribution | L | Q | | | | | |
| 81.  1/6  Int in ████ property in Magnolia Spgs., AL | | None | L | W | | | | | |
| 82.  1/3 int. in real estate parcel #1 in Washington Co., AL | | None | L | W | | | | | |
| 83.  1/3 int. in real estate parcel #2 in Washington Co., AL | | None | J | W | | | | | |
| 84.  Fiserv IRA | E | Int./Div. | N | T | | | | | |
| 85.   -- CGM Focus Fund | | | | | Buy | 8/24 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 9/7 | J | | |
| 87. | | | | | Buy | 9/13 | J | | |
| 88. | | | | | Buy | 9/20 | J | | |
| 89. | | | | | Buy | 9/21 | J | | |
| 90. | | | | | Buy | 9/24 | J | | |
| 91. | | | | | Buy | 9/27 | J | | |
| 92. | | | | | Buy | 10/5 | J | | |
| 93. | | | | | Buy | 10/11 | J | | |
| 94. | | | | | Buy | 11/19 | J | | |
| 95.    -- DFA Large Cap Value Porfolio | | | | | Buy | 5/22 | J | | |
| 96. | | | | | Partial Sale | 8/13 | J | | |
| 97. | | | | | Partial Sale | 8/17 | J | | |
| 98. | | | | | Partial Sale | 8/22 | J | | |
| 99.    -- Dodge & Cox International Stock Fund Cl A | | | | | | | | | |
| 100.   -- Dodge & Cox Stock Fund | | | | | Partial Sale | 9/6 | K | | |
| 101. | | | | | Partial Sale | 9/25 | J | | |
| 102. | | | | | Partial Sale | 10/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Partial Sale | 10/5 | J | | |
| 104. | | | | | Partial Sale | 10/9 | J | | |
| 105. | | | | | Partial Sale | 10/12 | J | | |
| 106. | | | | | Partial Sale | 10/26 | J | | |
| 107. | | | | | Partial Sale | 11/06 | J | | |
| 108. -- Fairholme Fund | | | | | Buy | 9/28 | J | | |
| 109. | | | | | Buy | 11/1 | J | | |
| 110. | | | | | Buy | 11/19 | J | | |
| 111. | | | | | Buy | 11/27 | J | | |
| 112. -- First Eagle Global Fund Class I | | | | | Partial Sale | 1/3 | J | | |
| 113. | | | | | Partial Sale | 2/27 | J | | |
| 114. | | | | | Partial Sale | 9/21 | J | | |
| 115. | | | | | Partial Sale | 10/9 | J | | |
| 116. | | | | | Partial Sale | 10/23 | J | | |
| 117. -- Fiserve Trust Money Market account | | | | | | | | | |
| 118. -- Franklin/Mutual Discovery Class Z | | | | | Buy | 5/22 | J | | |
| 119. -- Ivy Science and Technology Class A | | | | | Buy | 9/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 10/11 | J | | |
| 121.   -- Keeley Small Cap Value Fund | | | | | Buy | 5/22 | J | | |
| 122. | | | | | Buy | 8/23 | J | | |
| 123.   -- Kinetics Paradigm Institutional Class | | | | | Buy | 11/30 | J | | |
| 124. | | | | | Buy | 12/07 | J | | |
| 125.   -- Kinetics Paradigm Fund | | | | | Buy | 11/1 | J | | |
| 126.   -- Matthews Pacific Tiger | | | | | Buy | 10/9 | J | | |
| 127. | | | | | Buy | 10/22 | J | | |
| 128.   -- Sequoia Fund | | | | | | | | | |
| 129.   -- Turner Emerging Growth Fund | | | | | Partial Sale | 3/29 | J | | |
| 130. | | | | | Partial Sale | 5/16 | J | | |
| 131. | | | | | Partial Sale | 5/18 | J | | |
| 132. | | | | | Partial Sale | 6/28 | J | | |
| 133.   Trust #1 (See note) (See part 1, Line 1) | | None | M | U | | | | | |
| 134.   Trust #2 (see note) | | None | P1 | Q | | | | | |
| 135.   -- Southwest Bancshares stock | | | | | | | | | |
| 136.   Smith Barney Citigroup acct. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Genworth Life & Annuity annuity (formerly GE Life & Ann) | | None | K | T | | | | | |
| 138. Stone, Granade & Crosby, P.C. 401(k) (see note) | | None | M | T | | | | | |
| 139. -- American Funds Growth F | | | | | | | | | |
| 140. -- Artisan Intl. | | | | | | | | | |
| 141. -- Columbia Acorn Fund Z | | | | | | | | | |
| 142. -- Dreyfus Midcap Index | | | | | | | | | |
| 143. -- Pimco Total Return D | | | | | | | | | |
| 144. -- Schwab S&P 500 E Shares | | | | | | | | | |
| 145. -- Van Kampen Comstock A | | | | | | | | | |
| 146. -- Weitz Value | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2007

Part VII, Line 6: Virginia Properties, LLC owns real property in Baldwin Co., AL and a condominium in Nashville, TN

Part VII, Lines 7, 8 and 9 : On August 14, 2007, the LLC deeded all property to the individual owners of the LLC, and I and another interest owner in this LLC purchased the interests of the other owners: Judith Roberds, Warren Herlong, James Smith, and Coleman Bryars. Then on October 1, 2007, the LLC, having no assets, was dissolved - leaving me and another person as ▇▇ owners of the ▇▇▇▇ that formerly were titled in the LLC.

Part VII, Line 10: Incumbent recieved a reversionary 1/9 interest in this property in November 2005 when the terms of a bequest of almost 100 years ago ended, and ▇▇▇▇▇▇▇▇▇ inherited the property. It should have been reported on last year's financial disclosure report, even though the value was unknown at the time. The property was sold in January 2006 to the Seton Corporation.

Part VII, Lines 18 & 33 The Brocade stock (Line 18) was acquired on 1/30/2007 in an exchange transaction for the McData stock (Line 33). It was sold on April 3, 2007.

Part VII, Line 54 Teva Pharmeceuticals stock was not owned during 2007, but was incorrectly reported as still being owned at the end of 2006. The sale date on the 2006 Financial Disclosure report was correct, but did not correctly reflect that it was a sale of all the stock.

Part VII, Line 58 This stock was acquired as a stock dividend from American Standard Company

Part VII, Line 78: Daphne Offices, LLC owns an office building in Daphne, AL, last appraised on 8/6/02 at $300,000. 40% interest = $120,000

Part VII, Line 79: Office Building in Bay Minette, AL last appraised on 4/9/01 at $270,000. 12.5% interest = $33,750

Part VII, Line 80: South Baldwin Offices, LLC, owns an office building and lot in Foley, AL, last appraised in April 2002 for $210,000. 26.5% interest = $55,650.

Part VII, Line 133: The only asset in the trust is a permanent life insurance policy.

Part VII, Line 134: The only asset in the trust is stock of Southwest Banc shares, some of which was a gift from ▇▇▇▇▇▇, and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2007. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 138: This is a 40 lk Plan at ▇▇▇▇▇▇▇▇ law firm. It is administered by Geller Group, Ltd., and issues reports quarterly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544